IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| EMMANUEL DUNAGAN, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> ILLINOIS INSTITUTE OF ART CHICAGO, LLC, *et al.*, <br><br> Defendants. | Case No. 1:19-cv-00809 <br><br> Hon. Charles R. Norgle |

## ORDER

The Court has reviewed the parties' status report and rejects the parties' proposed briefing schedule on the motions to dismiss. This 2019 case must move forward expeditiously. The individual defendants shall have 21 days from the date of this order to file any motions to dismiss. Plaintiffs shall have 14 days from the date of any such motion to respond. The individual defendants shall have 7 days to file any reply.

IT IS SO ORDERED.

ENTER:

_____
CHARLES RONALD NORGLE, Judge
United States District Court

DATE: June 21, 2021