**Exhibit A**

## **DECLARATION OF BRENT RICHARDSON**

I, Brent Richardson, hereby declare and state as follows:

1. I submit this declaration in support of the Motion to Dismiss Plaintiffs' Third Amended Class Action Complaint.

2. The following information is based upon my own personal knowledge or based upon information and belief. If called as a witness to testify, I could and would testify as follows:

3. My personal residence is located in Scottsdale, Arizona county of Maricopa, and at no time during the last two decades have I resided in any state other than Arizona.

4. I do not own property in Illinois or maintain any assets in Illinois.

5. I do not (a) advertise or solicit business in Illinois, (b) maintain business contracts in Illinois, (c) regularly and knowingly purchase products in Illinois to my knowledge, or (d) maintain any bank accounts in Illinois.

I certify under penalty of perjury that the foregoing is true and correct.

Executed this 8th day of March, 2021, at Scottsdale, Arizona.

_____

By: Brent Richardson