IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| EMMANUEL DUNAGAN, JESSICA MUSCARI, ROBERT J. INFUSINO, and STEPHANIE PORRECA, on behalf of themselves and a class of similarly situated persons,<br>　　　　Plaintiffs,<br><br>v.<br><br>ILLINOIS INSTITUTE OF ART-SCHAUMBURG, LLC, ILLINOIS INSTITUTE OF ART, LLC, DREAM CENTER FOUNDATION, DREAM CENTER EDUCATIONAL HOLDINGS, LLC, BRENT RICHARDSON, in his individual capacity, CHRIS RICHARDSON, in his individual capacity; SHELLY MURPHY, in her individual capacity; and JOHN DOES 1–7, in their individual capacities,<br><br>　　　　Defendants. | Case No. 1:19-cv-00809<br><br>Hon. Charles R. Norgle |

## ORDER

Plaintiffs' motion for show cause [175] is granted. Defendant Shelly Murphy shall show cause in writing by October 18, 2021 as to why she should not be held in contempt for her alleged failure to abide by this Court's August 20, 2021 Order. The parties are strongly encouraged to confer in good faith and attempt to resolve this issue and report any agreement to the Court prior to October 18, 2021, including any proposed payment schedule.

IT IS SO ORDERED.　　　　ENTER:

　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　CHARLES RONALD NORGLE, Judge
　　　　　　　　　　　　　　　United States District Court

DATE: September 24, 2021