## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| EMANUEL DUNAGAN, et al.,<br><br>        Plaintiffs,<br><br>v.<br><br>ILLINOIS INSTITUTE OF ART-CHICAGO, LLC, et al.,<br><br>        Defendants. | Case No. 19-cv-809<br><br>Honorable Charles R. Norgle |

## DEFENDANT SHELLY MURPHY'S
## RESPONSE TO ORDER TO SHOW CAUSE

Defendant Shelly Murphy, by and through undersigned counsel, hereby submits this Response to the Court's Order to Show Cause explaining why she should not be held in contempt for failing to pay Plaintiffs the sum of $6,464.80 within 15 days of the Court's order dated August 20, 2021.

The first reason Shelly Murphy should not be held in contempt is because, as set forth her attached declaration, she is not regularly employed and did not have money to pay to Plaintiffs. *See* Exhibit A. The second reason Shelly Murphy should not be held in contempt is because, also as set forth her attached declaration, although she still does not have money to pay Plaintiffs herself, she was able to borrow funds to pay Plaintiffs. Said funds were sent via FedEx in the form of a cashier's check payable to Plaintiffs as directed by Plaintiffs' counsel. *See* Exhibit A-1.

For the reasons set forth herein, Shelly Murphy should not be held in contempt.

DATED October 18, 2021.

> By: s/ Michael A. Schern_____
> Schern Richardson Finter, PLC
> 1640 S. Stapley Dr., Ste. 132
> Mesa, AZ 85204
> (480) 632-1929
> courtdocs@srflawfirm.com
> *Admitted pro hac vice*

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 18, 2021, I caused the forgoing document to be electronically filed using the Court's CM/ECF system, notification of which will be sent all to counsel of record.

> By: s/ Michael A. Schern_____