IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| EMMANUEL DUNAGAN, JESSICA MUSCARI, ROBERT J. INFUSINO, and STEPHANIE PORRECA, on behalf of themselves and a class of similarly situated persons,<br><br>        Plaintiffs,<br><br>v.<br><br>ILLINOIS INSTITUTE OF ART-SCHAUMBURG, LLC, ILLINOIS INSTITUTE OF ART, LLC, DREAM CENTER FOUNDATION, DREAM CENTER EDUCATIONAL HOLDINGS, LLC, BRENT RICHARDSON, in his individual capacity, CHRIS RICHARDSON, in his individual capacity; SHELLY MURPHY, in her individual capacity; and JOHN DOES 1–7, in their individual capacities,<br><br>        Defendants. | Case No. 1:19-cv-00809<br><br>Hon. Charles R. Norgle |

## ORDER

The Court has become aware that the Honorable Dan Polster of the Northern District of Ohio has issued several orders impacting this litigation, including a litigation bar order against Plaintiffs. Digital Media Solutions, LLC v. South University of Ohio, LLC, et al, Case No. 1:19-cv-145 at dkts. 957-760. As a result, the Court denies the pending motions [139] [168] [171] as moot without prejudice. This case is hereby stayed until the parties can demonstrate that they have received proper approval to proceed in compliance with any and all orders in the receivership litigation currently before the Honorable Dan Polster. A joint status report, to include the status of the receivership proceedings, is due January 30, 2022.

IT IS SO ORDERED.    ENTER:

                                                                                            CHARLES RONALD NORGLE, Judge
                                                                                            United States District Court

DATE: October 22, 2021