IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| EMMANUEL DUNAGAN, *et al.*, | |
| *Plaintiffs*, | |
| v. | Case No. 19-cv-809 |
| ILLINOIS INSTITUTE OF ART-CHICAGO, LLC, *et al.*, | Honorable Joan Humphrey Lefkow |
| *Defendants*. | |

**PARTIES' JOINT STATUS REPORT**

Plaintiffs Emmanuel Dunagan, Jessica Muscari, Robert J. Infusino, Stephanie Porreca, Keishana Mahone, and Lakesha Howard-Williams and Defendants Brent Richardson, Chris Richardson, Shelly Murphy, and the Dream Center Foundation ("DCF") submit this Joint Status Report pursuant to this Court's November 21, 2022 Order (Dkt. 195).

As previously set forth in the parties' Initial Transfer Order Report (Dkt. 192), this case is stayed pending a decision by the Sixth Circuit in the related Receivership action. *See Digital Media Solutions v. South University of Ohio, et al.*, No. 21-4014 (6th Cir.). The Sixth Circuit has not yet entered a decision on the appeal and the parties have no new developments of which to apprise the Court.

1

Respectfully submitted,

/s/ *Cassandra P. Miller*

Daniel A. Edelman
Cassandra P. Miller
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
20 South Clark Street, Suite 1500
Chicago, IL 60603-1824
(312) 739-4200
(312) 419-0379 (fax)
Email address for service:
courtecl@edcombs.com

Alexander S. Elson
Eric Rothschild
NATIONAL STUDENT LEGAL DEFENSE NETWORK
1701 Rhode Island Ave, NW
Washington D.C. 20036
alex@defendstudents.org
eric@defendstudents.org
*Attorneys for Plaintiffs*

/s/ *John C. Ochoa*

Eric L. Samore ARDC # 6181345
John C. Ochoa ARDC # 6302680
Gary Zhao ARDC # 6279527
AMUNDSENDAVIS LLC
150 N. Michigan Avenue, Suite 3300
Chicago, Illinois 60601
(312) 894-3200
esamore@amundsendavislaw.com
jochoa@amundsendavislaw.com
gzhao@amundsendavislaw.com
*Attorneys for Defendant DCF*

/s/ *Mike Schern*

Michael A. Schern
Aaron M. Finter
Schern Richardson Finter, PLC
1640 S. Stapley Drive
Suite #132
Mesa, AZ 85204
(480) 632-1929
mike@srfdlaw.com
aaron@srflawfirm.com

Kenneth J. Vanko
Clingen Callow & McLean, LLC
2300 Cabot Drive
Suite 500
Lisle, IL 60532
(630)871-2600
Fax: Active
Email: vanko@ccmlawyer.com
*Attorney for Individual Defendants*

Dated: January 31, 2023

## CERTIFICATE OF SERVICE

      I, Cassandra P. Miller, hereby certify that on January 31, 2023, I filed the foregoing document via the CM/ECF System, which caused notification of such filing to be sent to all counsel of record.

                                                               */s/ Cassandra P. Miller*
                                                              Cassandra P. Miller

Daniel A. Edelman
Cassandra P. Miller
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
20 S. Clark St., Suite 1500
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)
*Attorneys for Plaintiffs*