# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Emmanuel Dunagan, et al.

                      Plaintiff,

v.                                     Case No.: 1:19−cv−00809
                                          Honorable Joan H. Lefkow

Illinois Institute of Art−Schaumburg, LLC, et al.

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, May 10, 2023:

      MINUTE entry before the Honorable Joan H. Lefkow: Motion hearing held. As stated on the record, Plaintiff's motion to compel initial disclosures [219] is granted. Defendant Murphy shall respond to Rule 26(a)(1) disclosures by 6/7/2023. The motion for reconsideration [139] is granted. The dismissal shall convert to one without prejudice. The third party plaintiff may replead by 5/31/2023. A status hearing is set for 7/12/2023 at 9:45 a.m. in courtroom 2201. Mailed notice (ags)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.