IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| EMMANUEL DUNAGAN, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> ILLINOIS INSTITUTE OF ART-CHICAGO, LLC, *et al.*, <br><br> *Defendants*. | Case No. 1:19-cv-00809-JHL <br><br> Honorable Jeffrey I. Cummings <br> Magistrate Judge Heather K. McShain |

**ORDER ON PLAINTIFFS' OPPOSED MOTION TO EXTEND
DEADLINE FOR DISCLOSURE OF CLASS DAMAGES EXPERT (DKT. NO. 261)**

In light of the Court's Order granting in part and denying in part Plaintiffs' Opposed Motion to Extend Deadline for Disclosure of Class Damages Expert, *see* Dkt. No. 273, the Court hereby extends the expert disclosure schedule as follows:

1. Plaintiffs' Rule 26(a)(2) disclosures are due by June 3, 2024;

2. Defendants' Rule 26(a)(2) disclosures are due by August 16, 2024;

3. Plaintiffs' Rule 26(a)(2) rebuttal reports, if any, are due by August 30, 2024;

4. Parties to complete all expert discovery by September 30, 2024.

The parties, also in accordance with this Court's Order (Dkt. 273), shall seek modification of the class certification briefing schedule from District Judge Cummings.

*SO ORDERED.*

Dated: February 2, 2024

_____
Magistrate Judge Heather K. McShain