IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| EMMANUEL DUNAGAN, *et al.*, *Plaintiffs*, v. ILLINOIS INSTITUTE OF ART-CHICAGO, LLC, *et al.*, *Defendants*. | Case No. 1:19-cv-00809 Honorable Jeffrey I. Cummings Magistrate Judge Heather K. McShain |

**PARTIES' JOINT SUPPLEMENTAL SETTLEMENT STATUS REPORT**

Pursuant to this Court's February 5, 2024 Order (Dkt. 277), Plaintiffs Emmanuel Dunagan, Jessica Muscari, Robert J. Infusino, Stephanie Porreca, Keishana Mahone, and Lakeisha Howard-Williams ("Plaintiffs"), together with Defendants Brent Richardson, Chris Richardson, Shelly Murphy, and the Dream Center Foundation (collectively, "Defendants") and third-party Defendant the Higher Learning Commission ("HLC"), provide the following update.

On January 24, 2024, Plaintiffs received a class-wide settlement proposal from the Dream Center Foundation. The parties have subsequently exchanged demands and offers but have not reached agreement. In addition, individual defendants Brent and Chris Richardson and Plaintiffs have recently renewed settlement discussions but have not reached agreement. Plaintiffs and the Foundation are amenable to a settlement conference before Magistrate Judge McShain that would involve all parties to this case.

Defendants Brent Richardson, Chris Richardson, and Shelly Murphy report that they are not currently prepared to schedule another mediation or settlement conference at this time but are amenable to considering whether another mediation may be more productive in the future. The

1

Richardsons and Ms. Murphy respectfully request that the Court continue this referral and the parties submit a similar joint status report concerning potential ADR in sixty (60) days.

In light of Third-Party Defendant HLC's pending and fully briefed Rule 12(b)(6) Motion to Dismiss Defendant Dream Center Foundation's Second Amended Third-Party Complaint and Defendants Brent Richardson, Christopher Richardson, and Shelly Murphy's Third-Party Complaint (Dkt. 238), HLC is not currently prepared to participate in another mediation or settlement conference. HLC may be willing to participate in another mediation or settlement conference in the future.

Dated: April 2, 2024

Respectfully submitted,

/s/ *Tara L. Goodwin*
Daniel A. Edelman
Tara L. Goodwin
Cassandra P. Miller
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
20 South Clark Street, Suite 1500
Chicago, IL 60603-1824
(312) 739-4200
(312) 419-0379 (fax)
Email address for service:
courtecl@edcombs.com

/s/ *John C. Ochoa*
Eric L. Samore
John C. Ochoa
Gary Zhao
AMUNDSEN DAVIS, LLC
150 N. Michigan Avenue, Suite 3300
Chicago, Illinois 60601
(312) 894-3200
esamore@amundsendavislaw.com
jochoa@amundsendavislaw.com
gzhao@amundsendavislaw.com
**Attorneys for Defendant DCF**

Alexander S. Elson
Eric Rothschild
NATIONAL STUDENT LEGAL DEFENSE NETWORK
1701 Rhode Island Ave, NW
Washington D.C. 20036
alex@defendstudents.org
eric@defendstudents.org
**Attorneys for Plaintiffs**

/s/ *Kenneth L. Schmetterer*
Raj N. Shah
Eric M. Roberts
Kenneth L. Schmetterer
Yan Grinblat
DLA PIPER, LLP (US)
444 West Lake Street, Suite 900
Chicago, Illinois 60606-0089
(312) 368-2176
raj.shah@us.dlapiper.com
eric.roberts@us.dlapiper.com
kenneth.schmetterer@dlapiper.com
yan.grinblat@us.dlapiper.com

**Attorneys for Defendants Brent and Chris Richardson**

/s/ *Howard J. Rosenburg*
Howard J. Rosenburg
KOPECKY SCHUMACHER ROSENBURG LLC

120 N. LaSalle, Street, Suite 2000
Chicago, IL 60602
hrosenburg@ksrlaw.com

*Attorney for Defendant Shelly Murphy*

*/s/ Amy M. Gibson*
Amy M. Gibson
Maryam H. Arfeen
Aronberg Goldgehn Davis & Garmisa
225 W. Washington Street Suite 2800
Chicago, Illinois 60606
agibson@agdglaw.com
marfeen@agdglaw.com

*Attorneys for the Higher Learning Commission*

## CERTIFICATE OF SERVICE

       I, Tara L. Goodwin, hereby certify that on April 2, 2024, I filed the foregoing document via the CM/ECF System, which caused notification of such filing to be sent to all counsel of record.

                                                                     */s/ Tara L. Goodwin*
                                                                     Tara L. Goodwin

Daniel A. Edelman
Tara L. Goodwin
Cassandra P. Miller
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
20 S. Clark St., Suite 1500
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)