# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.1)
### Eastern Division

Emmanuel Dunagan, et al.

                      Plaintiff,

v.                                                 Case No.: 1:19–cv–00809
                                                Honorable Jeffrey I Cummings

Illinois Institute of Art–Schaumburg, LLC, et al.

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, October 25, 2024:

      MINUTE entry before the Honorable Jeffrey I Cummings: Telephonic motion hearing held on plaintiffs' unopposed motion for preliminary approval of class action settlement and related relief [307]. For the reasons stated on the record, plaintiffs&#039; motion [307] is granted. Plaintiff's counsel shall promptly submit a proposed preliminary approval order to the Court's courtroom deputy Chez Chambers. Final approval hearing set for 2/3/25 at 11:00 a.m. in Courtroom 1219. Mailed notice (cc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.