IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| EMMANUEL DUNAGAN, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> ILLINOIS INSTITUTE OF ART-CHICAGO, LLC, *et al.*, <br><br> *Defendants*. | Case No. 1:19-cv-00809 <br><br> Honorable Jeffrey I. Cummings <br> Magistrate Judge Heather K. McShain |

**PLAINTIFFS' MOTION FOR ATTORNEYS' FEES,
EXPENSES, AND INCENTIVE AWARDS**

Plaintiffs Emmanuel Dunagan, Jessica Muscari, Robert Infusino, Stephanie Porreca, Keishana Mahone, and LaKesha Howard-Williams, on behalf of themselves and all persons similarly situated, and on behalf of the provisionally certified class (collectively "Plaintiffs"), by and through their undersigned counsel, respectfully move this Court to approve the award for attorneys' fees and expenses for class counsel, Edelman, Combs, Latturner & Goodwin, LLC. ("ECLG"), and National Student Legal Defense Network ("Student Defense"), and incentive awards for the named plaintiffs in connection with the proposed settlement in the above-captioned case.

Defendants do not oppose the relief requested by this Motion.

In support of their Motion, Plaintiffs hereby submit the following accompanying documents:

1. Notice of Plaintiffs' Motion for Attorneys' Fees, Expenses, and Incentive Awards;

1

2. Memorandum of Law in Support of Plaintiffs' Motion for Attorneys' Fees, Expenses, and Incentive Awards;

3. Exhibit A – Summary of Fees and Expenses Reported;

4. Exhibit B – Declaration of Eric Rothschild in Support of Plaintiffs' Motion for Attorneys' Fees, Expenses and Incentive Awards

    a. Exhibit 1 to Rothschild Decl. – Student Defense's Fees in *Dunagan et al. v Illinois Institute of Art-Chicago, LLC, et al.*

    b. Exhibit 2 to Rothschild Decl. – Student Defense's Fees in *Digital Media Solutions, LLC v. South University of Ohio, LLC et al.*, No. 1:19-cv-00145-DAP (N.D. Ohio).

    c. Exhibit 3 to Rothschild Decl. – Student Defense's Expenses

    d. Exhibit 4 to Rothschild Decl. – Engagement Agreements

    e. Exhibit 5 to Rothschild Decl. – Attorney Biographies

5. Exhibit C – Declaration of Daniel A. Edelman in Support of Plaintiffs' Motion for Attorneys' Fees, Expenses, and Incentive Awards;

    a. Exhibit 1 to Edelman Decl. – ECLG's Fees

    b. Exhibit 2 to Edelman Decl. – ECLG's Expenses

    c. Exhibit 3 to Edelman Decl. – Attorney Biographies

    d. Exhibit 4 to Edelman Decl. – Fitzpatrick Matrix

Dated: January 8, 2025

Respectfully submitted,

/s/ *Daniel A. Edelman*
Daniel A. Edelman

Daniel A. Edelman
Tara L. Goodwin

**EDELMAN, COMBS, LATTURNER & GOODWIN, LLC**
20 South Clark Street, Suite 1800
Chicago, IL 60603-1841
(312) 739-4200
(312) 419-0379 (FAX)
Email address for service: courtecl@edcombs.com


Alexander S. Elson
Eric Rothschild
**NATIONAL STUDENT LEGAL DEFENSE NETWORK**
1701 Rhode Island Ave., NW
Washington D.C. 20036
alex@defendstudents.org
eric@defendstudents.org

*Attorneys for Plaintiffs and the Putative Class*

**CERTIFICATE OF SERVICE**

      I, Daniel A. Edelman, hereby certify that on January 8, 2025, I caused a true and accurate copy of the foregoing document to be filed via the Court's CM/ECF online system, which caused notification to be sent to all counsel of record.

                                            /s/ Daniel A. Edelman
                                            Daniel A. Edelman

Daniel A. Edelman
Tara L. Goodwin
EDELMAN, COMBS, LATTURNER
& GOODWIN, LLC
20 S. Clark St., Suite 1800
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)