IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| EMMANUEL DUNAGAN, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> ILLINOIS INSTITUTE OF ART-CHICAGO, LLC, *et al.*, <br><br> *Defendants*. | Case No. 1:19-cv-00809 <br><br> Honorable Jeffrey I. Cummings <br> Magistrate Judge Heather K. McShain |

**PLAINTIFFS' UNOPPOSED MOTION FOR FINAL APPROVAL OF PROPOSED CLASS ACTION SETTLEMENT AND CERTIFICATION OF CLASS**

Plaintiffs and Class Representatives Emmanuel Dunagan, Jessica Muscari, Robert Infusino, Stephanie Porreca, Keishana Mahone, and LaKesha Howard-Williams hereby move the Court, pursuant to Federal Rule of Civil Procedure 23, to: (1) grant final approval of the parties' proposed Settlement Agreement; (2) certify a settlement class; (3) approve an award of attorneys' fees and costs to plaintiffs' counsel; and (4) approve an incentive award to the class representatives. The Settling Defendants, Brent Richardson, Chris Richardson, Shelly Murphy, and the Dream Center Foundation, do not oppose Plaintiffs' motion. A memorandum of law setting forth the points and authorities in support of this relief is filed herewith.

DATE: January 8, 2025            Respectfully submitted,

                                 /s/ *Daniel A. Edelman*
                                 Daniel A. Edelman

                                 Daniel A. Edelman
                                 Tara L. Goodwin

1

**EDELMAN, COMBS, LATTURNER & GOODWIN, LLC**
20 South Clark Street, Suite 1800
Chicago, IL 60603-1841
(312) 739-4200
(312) 419-0379 (FAX)
Email address for service: courtecl@edcombs.com

Alexander S. Elson
Eric Rothschild
**NATIONAL STUDENT LEGAL DEFENSE NETWORK**
1701 Rhode Island Ave., NW
Washington D.C. 20036
alex@defendstudents.org
eric@defendstudents.org

*Attorneys for Plaintiffs*

2

## CERTIFICATE OF SERVICE

      I, Daniel A. Edelman, hereby certify that on January 8, 2025, I caused a true and accurate copy of the foregoing document to be filed via the Court's CM/ECF online system, which caused notification to be sent to all counsel of record.

                                                            /s/ Daniel A. Edelman
                                                            Daniel A. Edelman

Daniel A. Edelman
Tara L. Goodwin
EDELMAN, COMBS, LATTURNER
& GOODWIN, LLC
20 S. Clark St., Suite 1800
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)