# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.2)
### Eastern Division

Emmanuel Dunagan, et al.

                Plaintiff,

v.

Illinois Institute of Art–Schaumburg, LLC, et al.

                Defendant.

Case No.: 1:19−cv−00809

Honorable Jeffrey I Cummings

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, February 3, 2025:

    MINUTE entry before the Honorable Jeffrey I Cummings: Final approval hearing held on 2/3/25. For the reasons stated on the record, plaintiffs' motion for attorneys' fees, expenses, and incentive awards [317] and plaintiffs' unopposed motion for final approval of proposed class action settlement and certification of class [320] are granted. Enter Final Approval Order. Third−party defendant Higher Learning Commission's motion to dismiss [238] is denied as moot in light of the settlement agreement reached between third−party defendant and third−party plaintiffs. Those parties shall file a stipulation to dismiss as to the third−party claims on or before 3/21/25. Status hearing set for 3/28/25 at 9:00 a.m. (to track the case only, no appearance is required). Mailed notice (cc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.